UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

DENNIS GALLIPEAU,

    Plaintiff,

vs.

NATIONAL DIAGNOSTIC IMAGING, LLC;
and PRADHEEP J, SHANKER, MD,

    Defendants.

_____/

1 15 CV 1899

C.A. No.

JUDGE POLSTER

MAG. WHITE

## COMPLAINT
### JURY TRIAL DEMAND

The Plaintiff herein, complaining of the acts or omissions of the Defendants, would show unto this Honorable Court as follows:

### PREFACE

This Complaint alleges state common law claims including medical malpractice and medical negligence.

### JURISDICTION

Plaintiff invokes this Court's diversity jurisdiction, alleging damages in excess of $75,000, excluding interest and costs.

## PARTIES

1. Plaintiff is a resident of the State of South Carolina.

2. Defendant, National Diagnostic Imaging, LLC (hereinafter "NDI) is an Ohio Corporation, with its principal place of business located at 25700 Science Park, Suite 180, in the City of Beachwood, County of Cuyahoga, State of Ohio, which publically describes itself as "Subspecialty Teleradiology Providers." Defendant, Pradheep J. Shanker, MD is described by MDI as a "Body Imaging" specialist on NDI's web page.

## FACTS

3. On or about May 19, 2014, Plaintiff underwent an MRI of his left shoulder.

4. On or about May 27, 2014, Defendants conducted a study of Plaintiff's MRI, and generated a report indicating a finding of "full thickness tears of the supraspinatus and infraspinatus tendons" of Plaintiff's left rotator cuff (or in layman's terms, a "complete rupture of" or "fully blown out" rotator cuff).

5. Based upon Defendants' finding of a fully blown rotator cuff injury, Plaintiff underwent a surgical procedure to repair his rotator cuff on September 19, 2014.

6. The orthopedic surgeon's operative report following the surgery notes, "The rotator cuff was found to be...not torn. There were no tears to repair."

7. As a direct result of Defendants' medical malpractice and medical negligence, Plaintiff underwent a completely unnecessary surgical procedure.

8. As a direct result of Defendants' medical malpractice and medical negligence, Plaintiff suffered unnecessary physical pain, mental suffering, emotional distress, embarrassment and now, has a permanent scar on his shoulder.

9. On May 28, 2015, Plaintiff wrote to Defendants in an attempt to resolve his claims without having to file a lawsuit which, Defendants chose to ignore.

WHEREFORE, Plaintiff demands judgment against Defendants in an amount in excess of $75,000, for compensatory damages, as well as interests and costs.

Plaintiff demands a jury trial.

_____
Dennis Gallipeau, pro se
1920 Ashford Lane
Columbia, SC 29210
803-319-0506